UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WELLS,<br><br>        Plaintiff,<br><br>   v.<br><br>ROSA GONZALES,<br><br>        Defendant. | Case No. 1:17-cv-01240-DAD-EPG (PC)<br><br>ORDER RE: LODGED FIRST AMENDED COMPLAINT<br><br>(ECF NO. 25) |

      Frank Wells ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

      Plaintiff filed the complaint commencing this action on September 15, 2017. (ECF No. 1). On September 26, 2018, Defendant filed her answer. (ECF No. 15). On February 6, 2019, the Court held an initial scheduling conference. (ECF No. 22). On March 12, 2019, Plaintiff lodged a first amended complaint. (ECF No. 25).

      If Plaintiff wishes to file an amended complaint, he must file a motion for leave to amend the complaint, along with a signed copy of the proposed amended complaint.[1] The motion should explain why Plaintiff is now moving to amend his complaint, as well as the changes he is attempting to make.

IT IS SO ORDERED.

    Dated: __**March 15, 2019**__                /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not sign the lodged first amended complaint.

1