UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WELLS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROSA GONZALES,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01240-DAD-EPG (PC)<br><br>ORDER FOLLOWING TELEPHONIC DISCOVERY AND STATUS CONFERENCE<br><br>(ECF NOS. 34 & 36)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF LODGED FIRST AMENDED COMPLAINT (ECF NO. 25) |

Frank Wells ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On June 19, 2019, the Court held a discovery and status conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Steven Vong and Lawrence Bragg telephonically appeared on behalf of Defendant.

For the reasons stated on the record at the Conference, IT IS ORDERED that:

1. Defendant has until July 3, 2019, to submit a copy of all documents withheld under the official information privilege to the Court for *in camera* review. Each party has until July 3, 2019, to file a brief regarding whether the documents are entitled to protection under the official information privilege.

2. Plaintiff has until July 31, 2019, to file a motion to compel. Defendant has twenty-one days from the date the motion to compel is filed to file an opposition. Plaintiff has two weeks from the date Defendant's opposition is

filed to file a reply.  The schedule otherwise remains as previously set.

3.  Defendant's motion to compel (ECF No. 34) is granted as follows: Plaintiff shall produce to Defendant a copy of all staff complaints he made against Defendant, as well as a copy of all confiscation slips he received from Defendant, that are in his possession, custody, or control, promptly after receiving them.

4.  Defendant shall promptly produce to Plaintiff a copy of all staff complaints Plaintiff made against Defendant, as well as a copy of all confiscation slips Plaintiff received from Defendant, if not already produced.

5.  The Clerk of Court is directed to send Plaintiff a copy of the lodged First Amended Complaint (ECF No. 25).

6.  Plaintiff's motion for summary judgment (ECF No. 36) is denied without prejudice for the reasons stated on the record.

IT IS SO ORDERED.

Dated:   **June 19, 2019**          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE