UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WELLS,<br><br>        Plaintiff,<br><br>v.<br><br>ROSA GONZALES,<br><br>        Defendant. | Case No. 1:17-cv-01240-DAD-EPG (PC)<br><br>ORDER REQUIRING THE WARDEN OF MULE CREEK STATE PRISON TO RESPOND TO PLAINTIFF'S MOTION<br><br>(ECF NO. 51)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S MOTION (ECF NO. 51) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF MULE CREEK STATE PRISON, AND THE LITIGATION COORDINATOR AT MULE CREEK STATE PRISON |

Frank Wells ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On August 5, 2019, Plaintiff filed a motion for an order directing the California Department of Corrections and Rehabilitation to issue Plaintiff his personal property. (ECF No. 51). According to Plaintiff, all his property was packed for transportation on June 3, 2019. He was eventually transported to Mule Creek State Prison, and on June 19, 2019, he filed a Form 22 inquiring about the location and estimated time of arrival of his personal property. He did not receive a response. Because he does not have access to his property, he is unable to comply with the Court's order requiring him to produce to Defendant a copy of all confiscation slips he received from Defendant.

1

Given that Plaintiff has alleged he is being denied access to his property, and that he is unable to comply with a court order because he cannot access his property, the Court will require the Warden of Mule Creek State Prison to file a response.

Accordingly, IT IS ORDERED that:

1. Within fourteen (14) days from the date of service of this order, the Warden of Mule Creek State Prison shall file a response to the allegations regarding Plaintiff's lack of access to his property. The response should either confirm that Plaintiff has access to his property or explain why Plaintiff is not being given access to his property; and

2. The Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Warden of Mule Creek State Prison, and the Litigation Coordinator at Mule Creek State Prison with a copy of this order and Plaintiff's motion (ECF No. 51).

IT IS SO ORDERED.

Dated: **August 12, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE