UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WELLS,<br><br>    Plaintiff,<br><br>v.<br><br>ROSA GONZALES,<br><br>    Defendant. | Case No. 1:17-cv-01240-DAD-EPG (PC)<br><br>ORDER ALLOWING PLAINTIFF TO FILE A SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Frank Wells ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On September 4, 2019, Defendant filed a motion for summary judgment. (ECF No. 58). Plaintiff filed his opposition to the motion on September 23, 2019. (ECF No. 63). In his opposition, Plaintiff states that he has not yet received the discovery that the Court ordered Defendant to produce by September 27, 2019. (See ECF No. 55 & ECF No. 63, p. 31).

As Plaintiff filed his opposition without the benefit of the discovery the Court ordered Defendant to produce by September 27, 2019, the Court will allow Plaintiff to file a supplemental opposition.

Accordingly, IT IS ORDERED that:

1. Plaintiff has until October 18, 2019, to file a supplemental opposition to Defendant's motion for summary judgment; and

///

///

1

2. Defendant has until November 1, 2019, to file a reply to Plaintiff's opposition and supplemental opposition.

IT IS SO ORDERED.

Dated: **September 26, 2019**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE