# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WELLS, | Case No. 1:17-cv-01240-DAD-EPG (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR MEDIATION AND DENYING PLAINTIFF'S REQUEST FOR COUNSEL AT THE MEDIATION |
| v. | |
| ROSA GONZALES, | (ECF NO. 76) |
| Defendant. | SEVEN (7) DAY DEADLINE |

Frank Wells ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On January 27, 2020, Plaintiff filed a motion for mediation. (ECF No. 76). Plaintiff also asks that, if his request for mediation is granted, he be appointed pro bono counsel for the mediation. On February 4, 2020, Defendant filed her response, indicating that she is open to mediation. (ECF No. 80).

Given Defendant's response, the Court will grant Plaintiff's motion for mediation. However, the Court will deny Plaintiff's request for appointment of pro bono counsel for the mediation. Plaintiff did not provide any reasons why counsel should be appointed. Additionally, the Court has reviewed the record in this case, and it appears that Plaintiff can adequately articulate his claims.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for mediation is GRANTED;
2. Defense counsel has seven days from the date of service of this order to contact

1

ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference; and

3. Plaintiff's request for appointment of pro bono counsel for the mediation is DENIED.

IT IS SO ORDERED.

Dated: **February 5, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE