# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WELLS,<br><br>                      Plaintiff,<br><br>v.<br><br>ROSA GONZALES,<br><br>                      Defendant. | Case No. 1:17-cv-01240-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR PRECEDENT OF LIKE CLAIMS SETTLEMENTS<br><br>(ECF NO. 85) |

Frank Wells ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

On February 10, 2020, Plaintiff filed a "request for precedent of like claims settlements…." (ECF No. 85). Plaintiff appears to ask the Court to order Defendant to provide him with three examples of settlements in cases similar to his.

The Court will not order Defendant to provide Plaintiff with examples of settlements in cases similar to his (although Defendant may do so voluntarily). The Court notes that the judge handling the settlement conference may discuss prior verdicts and/or settlements in similar cases with Plaintiff at the settlement conference.

Based on the foregoing, IT IS ORDERED that Plaintiff's request (ECF No. 85) is DENIED.

IT IS SO ORDERED.

    Dated:   **February 13, 2020**            /s/ *Erica P. Grosjean*
                                                             UNITED STATES MAGISTRATE JUDGE