

FILED

FEB 27 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WELLS,<br><br>    Plaintiff,<br><br>v.<br><br>ROSA GONZALES,<br><br>    Defendant. | Case No. 1:17-cv-01240-DAD-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THAT THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF NO. 84)<br><br>**As to Frank Wells, CDCR #F-06517** |

    A settlement conference in this case commenced on February 27, 2020, at 9:30 a.m., and plaintiff Frank Wells, inmate, has given testimony before the Court. Inmate witness **Frank Wells, CDCR #F-06517**, is no longer needed by the Court as a witness in these proceedings, and the Writ of Habeas Corpus Ad Testificandum as to this inmate, issued on February 12, 2020, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 2/27/2020

UNITED STATES MAGISTRATE JUDGE