UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WELLS, | Case No. 1:17-cv-01240-DAD-EPG (PC) |
| Plaintiff, | |
| v. | ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING, TRIAL, AND RELATED DEADLINES |
| ROSA GONZALES, | |
| Defendant. | |

Frank Wells ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.

In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, and because the Telephonic Trial Confirmation Hearing is fewer than three months away and Defendant's motion for summary judgment has not yet been resolved,[1] IT IS HEREBY ORDERED that the Telephonic Trial Confirmation Hearing, the trial, and all related deadlines (including the deadlines for the parties to file their pretrial statements and motions for incarcerated witnesses) are VACATED.

---

[1] The Court recently issued findings and recommendations, recommending that it be granted in part and denied in part.  (ECF No. 92).

1

If necessary, the Court will reset these deadlines after the motion for summary judgment has been resolved.

IT IS SO ORDERED.

Dated:   **May 18, 2020**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE