UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WELLS, | Case No. 1:17-cv-01240-DAD-EPG (PC) |
| Plaintiff, | ORDER REQUIRING PARTIES TO PARTICIPATE IN SECOND SETTLEMENT CONFERENCE |
| v. | |
| ROSA GONZALES, | |
| Defendant. | |

Defendant's motion for summary judgment has been resolved, and Plaintiff's First Amendment retaliation claim is still proceeding.  (ECF No. 100)  Given this, and the ongoing judicial emergency in the Eastern District of California, the Court will require the parties to participate in a second settlement conference.  Accordingly, within fourteen days of the date of service of this order, Defendant shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference.

IT IS SO ORDERED.

Dated:   **September 22, 2020**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1